PG. (1)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 27 2023

KEVIN P. WEIMER, Clerk
By: CEN Deputy Clerk

SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
PATIENT #7080650 - SHERMAN DORSEY
PLAINTIFF

1:23-CV-5426

V.

SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
TREATMENT TEAM AND WELLPATH (MEDICAL
HEALTH TECHNICIAN) DEFENDANT

Complaint For A Civil Case

PLAINTIFF(S)

I   A. ① SHERMAN DORSEY # 7080650 OF THE
       SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
       18680 SW 376 STREET
       FLORIDA CITY, BROWARD COUNTY
       FLORIDA 33034

    ② SHERMAN DORSEY # 284990 OF THE
       BREVARD COUNTY SHERIFF OFFICE / BREVARD
       COUNTY JAIL COMPLEX
       860 CAMP RD.
       COCOA, BREVARD COUNTY
       FLORIDA 32927

PG. (2)

(3) SHERMAN DORSEY #1104415 OF THE
FULTON COUNTY SHERIFF OFFICE / ATLANTA
DETENTION CENTER
901 RICE STREET
ATLANTA, FULTON COUNTY
GEORGIA, 30303

B   DEFENDANT(S)
SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
TREATMENT TEAM
SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
18680 SW 376 STREET
FLORIDA CITY, BROWARD COUNTY
FLORIDA, 33034

II  A  FEDERAL QUESTION IS VIOLATION OF THE
1ST, 2ND, 8TH THROUGH CUSTODY HOLD
CAUSING 28 USC 2255 PURSUANT
2241 PROTOCOL FOR THE EFFECTIVE HANDLING
OF COLLATERAL ATTACKS ON CONVICTIONS
BROUGHT.

III B  DIVERSITY OF CITIZENSHIP - HEREIN AN
WITHIN IS ADMINISTERED A UNITED
STATE CODE TITLE 50 US CODE 2401
FOR THE ESTABLISHMENT AND MISSION
PURSUANT TO 50 USCS 3161(b)(1) AND (2)
EXECUTIVE PROCEDURES OF BIOMETRIC

MEDICATION FORENSIC, Al'QUEDA PARKS PG. 3
LAW ENFORCEMENT OFFICIALS, SUBSECTION (a)
SHALL NOT BE DEEMED TO LIMIT OR AFFECT
THE RESPONSIBILITY AND POWER OF AN AGENCY
SUCH AS BIOMETRIC MEDICATION FORENSICS
A PRIVATE SECTOR OF NATION OF ISLAM'S:
Al'QUEDA PARKS, Al'QUEDA PRIDE CITIZENSHIP
PURSUANT TO OTHER LAW OR EXECUTIVE ORDER
SUCH AS SOUTH FLORIDA EVALUATION AND TREATMENT
CENTER. SUCH RESPONSIBILITY AND POWER MAY
BE DEEMED ONLY WHEN THE AGENCY HEAD
DETERMINES THAT THE PROCEDURES PRESCRIBED
BY SUBSECTION (a) CANNOT BE INVOKED IN
A MANNER THAT IS CONSISTENT WITH
NATIONAL SECURITY AS PRESCRIBED UNDER
50 USCS 3003 "BIOMETRIC MEDICATION FORENSIC
IS AN "INTELLIGENCE COMMUNITY" (4) A, B, C,
D, E, F, G, H, I, J, K, AND L FURTHERED THROUGH
(5) B(i)(ii)(iii) AND (6) PROJECTING (7)(A)
BIOMETRIC MEDICATION FORENSIC AND HOUSE
OF REPRESENTATIVES; ISLAM TALIBAND-AL'QUEDA
PARK: AL'QUEDA PRIDE CITIZENSHIP FOR
CONGRESSIONAL DECLARATION OF PURPOSE
50 USCS 3002 BIOMETRIC MEDICATION
FORENSIC, SECRETARY OF DEFENSE

TO PROVIDE FOR THEIR UNIFIED DIRECTION UNDER CIVILIAN CONTROL OF THE SECRETARY OR DEFENSE BUT NOT TO MERGE THESE DEPARTMENTS OR SERVICES.

## IV. RELIEF SOUGHT:

FORMAL INJUNCTION RELIEF

## V. CERTIFICATION AND CLOSING

I HEREBY CERTIFY AND CLOSE ABOVEMENT

PROSE SHERMAN DORSEY 7080650
SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
18680 SW 376 STREET
FLORIDA CITY, FL 33034

I HEREBY CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND PUT IN MAIL ON NOV. -20- 2023.

*Sherman Dorsey*
SHERMAN DORSEY #7080650
SOUTH FLORIDA EVALUATION AND TREATMENT CENTER
18680 SW 376 STREET
FLORIDA CITY, FL 33034